1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VISTA ENERGY MARKETING, LP, | CASE NO. 3:16-CV-04019-HSG |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION ESTABLISHING BRIEFING SCHEDULE** |
| vs. | |
| PACIFIC GAS AND ELECTRIC COMPANY, a California corporation; ALBERT TORRES, an individual; BILL CHEN, an individual; TANISHA ROBINSON, an individual, | Action Filed: July 15, 2016<br>Response date: September 22, 2016<br><br>[Joint Stipulation Establishing Briefing Schedule and Declaration of Dennis S. Ellis filed concurrently herewith] |
| Defendants. | |

Case No. 3:16-CV-04019-HSG                                            [PROPOSED] ORDER RE: STIPULATION

## ORDER REGARDING JOINT STIPULATION

The Joint Stipulation Establishing Briefing Schedule ("Joint Stipulation"), agreed to by Plaintiff Vista Energy Marketing, LP ("Vista Energy") and Defendants Pacific Gas and Electric Company ("PG&E"), Albert Torres, Bill Chen, and Tanisha Robinson (collectively, "Defendants"), was submitted for Court approval on August 23, 2016. Having considered the Joint Stipulation, all other pleadings and papers on file in this Action, and for good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The deadline for Vista Energy to oppose Defendants' answer or response is October 20, 2016; and
2. The deadline for Defendants to reply to Vista Energy's opposition is November 3, 2016.

**PURSUANT TO STIPULATION IT IS SO ORDERED** this 24th day of August, 2016.

By: _____
The Honorable Haywood S. Gilliam Jr.