1 | Laurie Edelstein (Bar No. 164466)
Seth R. Sias (Bar No. 260674)
STEPTOE & JOHNSON LLP
1891 Page Mill Road, Suite 200
Palo Alto, California 94304
Telephone: (650) 687-9500
Facsimile: (650) 687-9499
ledelstein@steptoe.com
ssias@steptoe.com

Arnold Barba (SB# 198131)
LIMNEXUS LLP
1055 West 7th Street, Suite 2800
Los Angeles, CA 90017
Tel: (213) 955-9500
Fax: (213) 955-9511
arnold.barba@limnexus.com

Dennis S. Ellis (SB# 178196)
Adam M. Reich (SB# 274235)
Courtney T. DeThomas (SB# 294591)
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705
dennisellis@paulhastings.com
adamreich@paulhastings.com
courtneydethomas@paulhastings.com

*Attorneys for Defendants*
*Pacific Gas and Electric Company, Albert Torres, Bill Chen, and Tanisha Robinson*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| VISTA ENERGY MARKETING, L.P.,<br><br>        Plaintiff,<br><br>    v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, a California corporation; ALBERT TORRES, an individual; BILL CHEN, an individual; TANISHA ROBINSON, an individual,<br><br>        Defendants. | Case No. 3:16-CV-04019-HSG<br><br>**ORDER PERMITTING PAUL HASTINGS LLP TO WITHDRAW AS COUNSEL**<br><br>Action Filed: July 15, 2016 |

# ORDER

Having reviewed and considered Paul Hastings LLP's Motion for Order Permitting Counsel to Withdraw, and good cause appearing therefor, the Court hereby orders that Paul Hastings LLP, by and through its attorneys, Dennis S. Ellis, Adam M. Reich, and Courtney T. DeThomas, is permitted to withdraw as counsel for defendants Pacific Gas and Electric Company, Albert Torres, Bill Chen, and Tanisha Robinson.

All future communications and notices regarding this case shall be sent to defendants' remaining counsel of record, listed below:

> Laurie Edelstein
> Seth R. Sias
> STEPTOE & JOHNSON LLP
> 1891 Page Mill Road, Suite 200
> Palo Alto, CA 94304
> Telephone:  (650) 687-9500
> Facsimile:  (650) 687-9499
> ledelstein@steptoe.com
> ssias@steptoe.com
>
> Arnold Barba
> LIMNEXUS LLP
> 1055 West 7th Street, Suite 2800
> Los Angeles, CA 90017
> Tel:  (213) 955-9500
> Fax:  (213) 955-9511
> arnold.barba@limnexus.com

**IT IS SO ORDERED.**

Dated:  March 16, 2017

_____
The Honorable HAYWOOD S. GILLIAM, JR.
United States District Judge