UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISTA ENERGY MARKETING, LP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC GAS & ELECTRIC COMPANY, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-04019-HSG<br><br>**ORDER DIRECTING PLAINTIFF TO FILE STATEMENT** |

Defendant's motion to dismiss the Complaint ("MTD") is pending in this matter. Among other things, the MTD seeks dismissal of Plaintiff's Section 2 Sherman Act claim alleging attempted monopolization. The Court notes that on May 19, 2017, the plaintiff in the action titled *United Energy Trading, LLC v. Pac. Gas and Elec.*, 15-cv-2383, stipulated to dismissal of the substantially similar Section 2 Sherman Act claim in that case. The Court further notes that the plaintiff in *United Energy Trading* is represented by the same counsel who represent Plaintiff in this case. Accordingly, the Court **DIRECTS** Plaintiff to file a statement by August 31, 2017 indicating whether it seeks to continue to pursue the Section 2 Sherman Act claim in this case. If Plaintiff seeks to pursue this claim, Plaintiff should explain what, if any, circumstances distinguish this case from *United Energy Trading*.

　　**IT IS SO ORDERED.**

Dated: 8/29/2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　United States District Judge