| | |
|---|---|
| HOLLAND & KNIGHT LLP<br>Thomas D. Leland (Pro Hac)<br>Leah E. Capritta (Pro Hac)<br>1801 California Street, Suite 5000<br>Denver, Colorado 80202<br>Telephone (303) 974-6660<br>Fax: (303) 974-6659<br>Email: thomas.leland@hklaw.com<br>leah.capritta@hklaw.com<br><br>Charles L. Coleman III (65496)<br>50 California Street, Suite 2800<br>San Francisco, California 94111<br>Telephone: (415) 743-6900<br>Fax: (415) 743-6910<br>E-mail: charles.coleman@hklaw.com<br><br>*Attorneys for Plaintiff Vista Energy Marketing, L.P.* | Laurie Edelstein (Bar No. 164466)<br>Seth R. Sias (Bar No. 260674)<br>STEPTOE & JOHNSON LLP<br>One Market Street<br>Steuart Tower, Suite 1800<br>San Francisco, California 94105<br>Telephone: (415) 365-6700<br>Facsimile: (415) 365-6699<br>ledelstein@steptoe.com<br>ssias@steptoe.com<br><br>Arnold Barba (Bar No. 198131)<br>Nicholas Begakis (Bar No. 253588)<br>LIMNEXUS LLP<br>1055 West 7th Street, Suite 2800<br>Los Angeles, CA 90017<br>Tel:  (213) 955-9500<br>Fax:  (213) 955-9511<br>arnold.barba@limnexus.com<br>nick.begakis@limnexus.com<br><br>*Attorneys for Defendants*<br>*Pacific Gas and Electric Company, Albert Torres, Bill Chen, and Tanisha Robinson* |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | | |
|---|---|---|
| VISTA ENERGY MARKETING, L.P.<br><br>            Plaintiff,<br><br>     v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, a California corporation; ALBERT TORRES, an individual; BILL CHEN, an individual; TANISHA ROBINSON, an individual,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 16 Civ. 4019 (HSG)<br><br>**STIPULATION AND ORDER SETTING CASE SCHEDULE**<br><br>Judge: Hon.   Haywood S. Gilliam, Jr. |

1     WHEREAS, plaintiff Vista Energy Marketing, L.P. ("Vista") filed this action on July 15,
2 2016 against Pacific Gas and Electric Company ("PG&E"), Albert Torres, William Chen, and
3 Tanisha Robinson (collectively, "defendants");

4     WHEREAS, defendants filed a motion to dismiss, and on September 8, 2017, the Court
5 denied the motion and set an Initial Case Management Conference (Dkt. 45);

6     WHEREAS, on September 26, 2017, the parties filed an Initial Joint Case Management
7 Statement and [Proposed] Order (Dkt. 50);

8     WHEREAS, on October 3, 2017, the Court held an Initial Case Management Conference
9 in this action and ordered the parties to meet and confer and to file by October 10, 2017 a
10 stipulation and proposed order setting a case schedule (Dkt. 56);

11     NOW, THEREFORE, pursuant to Rule 16 of the Federal Rules of Civil Procedure and
12 the Court's October 3, 2017 Minute Entry (Dkt. 56), the parties hereby stipulate and agree to the
13 following case schedule:

| **Event** | **Proposed Deadline** |
|---|---|
| Deadline to File Stipulation and Proposed Order Allowing Filing of Amended Complaint or Motion for Leave to File Amended Complaint | October 31, 2017[1] |
| Mediation | March 30, 2018 |
| Close of Fact Discovery | August 3, 2018 |
| Expert Witness Disclosures | August 31, 2018 |
| Rebuttal Expert Witness Disclosures | October 19, 2018 |
| Close of Expert Discovery | November 2, 2018 |
| Deadline to File Dispositive Motions | December 7, 2018 |
| Deadline to File Oppositions to Dispositive Motions | January 4, 2019 |
| Deadline for Replies in Support of Dispositive Motions | January 25, 2019 |

---

[1] The Court already has set this deadline. On October 3, 2017, the Court ordered the parties to file a stipulation and proposed order allowing the filing of an amended complaint or for Vista to file a motion for leave to file an amended complaint (if there is no agreement among the parties) by October 31, 2017 (Dkt. 56).

| **Event** | **Proposed Deadline** |
|---|---|
| Deadline to File *Daubert* Motions | February 1, 2019 |
| Hearing of Dispositive Motions | February 14, 2019 |
| Deadline to File Oppositions to *Daubert* Motions | February 15, 2019 |
| Deadline to File Replies in Support of *Daubert* Motions | March 1, 2019 |
| Hearing of *Daubert* Motions | March 14, 2019 |
| Pretrial Conference | April 2, 2019 |
| Trial | April 29, 2019 |

Dated: October 10, 2017　　　　　　　　　HOLLAND & KNIGHT LLP

By: */s/ Leah Capritta\**
　　Charles L. Coleman III
　　Thomas D. Leland
　　Leah Capritta

*Attorneys for Plaintiff Vista Energy Marketing, L.P.*

*with permission

Dated: October 10, 2017　　　　　　　　　STEPTOE & JOHNSON LLP

By: */s/ Laurie Edelstein*
　　Laurie Edelstein
　　Seth R. Sias

*Attorneys for Defendants Pacific Gas and Electric Company, Albert Torres, Bill Chen, and Tanisha Robinson*

1 **ORDER**

2  The above STIPULATION AND [PROPOSED] ORDER SETTING CASE SCHEDULE

3 is approved as the schedule for this case and all parties shall comply with its provisions.

4  IT IS SO ORDERED.

5

6 Dated: October 12, 2017

  *Haywood S. Gilliam Jr.*
  Honorable Haywood S. Gilliam, Jr.
7  United State District Court Judge