Laurie Edelstein (Bar No. 164466)
Seth R. Sias (Bar No. 260674)
STEPTOE & JOHNSON LLP
1 Market Street
Steuart Tower, Suite 1800
San Francisco, CA 94105
Telephone: (415) 365-6700
Facsimile: (415) 365-6699
ledelstein@steptoe.com
ssias@steptoe.com

Arnold Barba (Bar No. 198131)
Nicholas Begakis (Bar No. 253588)
LIMNEXUS LLP
1055 West 7th Street, Suite 2800
Los Angeles, CA 90017
Tel: (213) 955-9500
Fax: (213) 955-9511
arnold.barba@limnexus.com
nick.begakis@limnexus.com

*Attorneys for Defendants*
*Pacific Gas and Electric Company, Albert Torres, Bill Chen, and Tanisha Robinson*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VISTA ENERGY MARKETING, L.P., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PACIFIC GAS AND ELECTRIC COMPANY, a ) <br> California corporation,; ALBERT TORRES, an ) <br> individual; BILL CHEN, an individual; TANISHA ) <br> ROBINSON, an individual, ) <br> ) <br> Defendants. ) <br> ) <br> ) | No. 4:16- CV- 04019 (HSG) <br><br> **ORDER PERMITTING WITHDRAWAL PURSUANT TO CIVIL LOCAL RULE 11-5** <br><br> Judge: Hon. Haywood S. Gilliam, Jr. <br><br> Action Filed: July 15, 2016 |

1 **ORDER**

Having reviewed and considered LimNexus LLP's Motion for Order Permitting Counsel to Withdraw, and good cause appearing therefor, the Court hereby orders that LimNexus, LLP, by and through its attorneys, Arnold Barba and Nicholas J. Begakis, is permitted to withdraw as counsel for defendants Pacific Gas and Electric Company, Albert Torres, Bill Chen and Tanisha Robinson.

All future communications and notices regarding this case to be sent to defendants' remaining counsel of record, listed below:

> Laurie Edelstein
> Seth R. Sias
> STEPTOE & JOHNSON, LLP
> 1 Market Street
> Steuart Tower, Suite 1800
> San Francisco, CA 94105
> Telephone: (415) 365-6700
> Facsimile: (415) 365-6699
> ledelstein@steptoe.com
> ssias@steptoe.com

**IT IS SO ORDERED.**

Dated: January 30, 2018

The Honorable HAYWOOD S. GILLIAM, JR.
United States District Judge