**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| VISTA ENERGY MARKETING, L.P. ) | No. 16 Civ. 4019 (HSG) |
| ) | |
| Plaintiff, ) | **[PROPOSED] ORDER RE:** |
| ) | **STIPULATED REQUEST TO** |
| v. ) | **EXTEND MEDIATION DEADLINE** |
| ) | |
| PACIFIC GAS AND ELECTRIC COMPANY, a ) | Judge: Hon. Haywood Gilliam |
| California corporation; ALBERT TORRES, an ) | |
| individual; BILL CHEN, an individual; TANISHA ) | |
| ROBINSON, an individual, ) | |
| ) | |
| Defendants. ) | |

THE COURT having reviewed the parties Stipulated Request to Extend Mediation Deadline and being fully advised herein

Grants the Stipulated Request to Extend Mediation Deadline. The parties shall complete mediation by June 25, 2018.

Dated: 4/2/2018                                BY THE COURT

By: *[signature]*
Honorable Haywood S. Gilliam, Jr.

---

STIPULATED REQUEST TO EXTEND MEDIATION DEADLINE                  No. 16 Civ. 4019 (HSG)