| | |
|---|---|
| HOLLAND & KNIGHT LLP | Laurie Edelstein (Bar No. 164466) |
| Thomas D. Leland (Pro Hac) | Seth R. Sias (Bar No. 260674) |
| Leah E. Capritta (Pro Hac) | STEPTOE & JOHNSON LLP |
| 1801 California Street, Suite 5000 | One Market Street |
| Denver, Colorado 80202 | Steuart Tower, Suite 1800 |
| Telephone (303) 974-6660 | San Francisco, California 94105 |
| Fax: (303) 974-6659 | Telephone: (415) 365-6700 |
| Email: thomas.leland@hklaw.com | Facsimile: (415) 365-6699 |
| leah.capritta@hklaw.com | ledelstein@steptoe.com |
| | ssias@steptoe.com |

Charles L. Coleman III (65496)
50 California Street, Suite 2800
San Francisco, California 94111
Telephone: (415) 743-6900
Fax: (415) 743-6910
E-mail: charles.coleman@hklaw.com

*Attorneys for Defendants
Pacific Gas and Electric Company, Albert
Torres, Bill Chen, and Tanisha Robinson*

*Attorneys for Plaintiff Vista Energy
Marketing, L.P.*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | | |
|---|---|---|
| VISTA ENERGY MARKETING, L.P. | ) | No. 16 Civ. 4019 HSG (SK) |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING STIPULATED** |
| | ) | **REQUEST TO EXTEND DISCOVERY** |
| v. | ) | **AND MOTION DEADLINES** |
| | ) | |
| PACIFIC GAS AND ELECTRIC COMPANY, a | ) | Judge: Hon. Haywood S. Gilliam, Jr. |
| California corporation; ALBERT TORRES, an | ) | Magistrate: Hon. Sallie Kim |
| individual; BILL CHEN, an individual; TANISHA | ) | |
| ROBINSON, an individual, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

# **ORDER**

The Court having reviewed the parties' Stipulated Request to Extend Discovery and Discovery Deadlines hereby ORDERS:

1. The close of fact discovery is extended from August 3, 2018 through and including September 14, 2018.
2. The deadline to disclose expert witnesses is extended from August 31, 2018 through and including October 12, 2018.
3. The deadline to disclose rebuttal expert witnesses is extended from October 19, 2018 through and including November 21, 2018.
4. The close of expert discovery is extended from November 2, 2018 through and including December 21, 2018.
5. The deadline to file dispositive motions is extended from December 7, 2018 through and including January 4, 2019.
6. The deadline to oppose dispositive motions is extended from January 4, 2019 through and including January 23, 2019.
7. The deadline to file replies in support of dispositive motions is extended from January 25, 2019 through and including January 31, 2019.
8. The deadline to file *Daubert* motions is extended from February 1, 2019 through and including February 8, 2019.
9. The deadline to file oppositions to *Daubert* motions is extended from February 15, 2019 through and including March 1, 2019.
10. The deadline to file replies in support of *Daubert* motions is extended from March 1, 2019 through and including March 14, 2019.

///

11. The hearing of *Daubert* motions is extended from March 14, 2019 through and including March 28, 2019.

IT IS SO ORDERED.

Dated: June 28, 2018

*Haywood S. Gilliam Jr.*
Honorable Haywood S. Gilliam, Jr.
United State District Court Judge