1  HOLLAND & KNIGHT LLP
   Thomas D. Leland (Pro Hac)
2  Leah E. Capritta (Pro Hac)
   1801 California Street, Suite 5000
3  Denver, Colorado 80202
   Telephone (303) 974-6660
4  Fax: (303) 974-6659
   Email: thomas.leland@hklaw.com
5  leah.capritta@hklaw.com

6  Charles L. Coleman III (65496)
   50 California Street, Suite 2800
7  San Francisco, California 94111
   Telephone: (415) 743-6900
8  Fax: (415) 743-6910
   E-mail: charles.coleman@hklaw.com
9
   *Attorneys for Plaintiff Vista Energy*
10 *Marketing, L.P.*

   Laurie Edelstein (Bar No. 164466)
   Seth R. Sias (Bar No. 260674)
   STEPTOE & JOHNSON LLP
   One Market Street
   Steuart Tower, Suite 1800
   San Francisco, California 94105
   Telephone: (415) 365-6700
   Facsimile: (415) 365-6699
   ledelstein@steptoe.com
   ssias@steptoe.com

   *Attorneys for Defendants*
   *Pacific Gas and Electric Company, Albert*
   *Torres, Bill Chen, and Tanisha Robinson*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| VISTA ENERGY MARKETING, L.P. ) | No. 16 Civ. 4019 (HSG) (SK) |
| ) | |
| Plaintiff, ) | **STIPULATION OF VOLUNTARY** |
| ) | **DISMISSAL WITH PREJUDICE** |
| v. ) | |
| ) | |
| PACIFIC GAS AND ELECTRIC COMPANY, a ) | Judge:      Hon. Haywood S. Gilliam, Jr. |
| California corporation; ALBERT TORRES, an ) | Magistrate: Hon. Sallie Kim |
| individual; BILL CHEN, an individual; TANISHA ) | |
| ROBINSON, an individual, ) | |
| ) | |
| Defendants. ) | |
| ) | |

1  Plaintiff Vista Energy Marketing, L.P. and defendants Pacific Gas and Electric Company,
2  Albert Torres, William Chen, and Tanisha Robinson hereby stipulate pursuant to Rule
3  41(a)(1)(A)(ii) of the Federal Rule of Civil Procedure that this action be dismissed with prejudice
4  as to all claims, with each party bearing that party's own attorneys' fees and costs.
5  Respectfully submitted,

Dated: September 12, 2018          HOLLAND & KNIGHT LLP

By:  */s/Thomas D. Leland*
     Thomas D. Leland
     Leah E. Capritta

*Attorneys for Plaintiff Vista Energy Marketing, L.P*

Dated: September 12, 2018          STEPTOE & JOHNSON LLP

By:  */s/Seth R. Sias*
     Laurie Edelstein
     Seth R. Sias

*Attorneys for Defendants Pacific Gas and Electric Company, Albert Torres, Bill Chen, and Tanisha Robinson*

STIPULATION OF VOLUNTARY
DISMISSAL WITH PREJUDICE                                        No. 16 Civ. 4019 (HSG) (SK)

1